Don Thacker, WSB #15708
CARLSON & THACKER, PLLC
PO Box 5279
Vancouver WA 98668
360-993-2688
360-993-2918 – Facsimile
Chapter 7 Trustee

Hon. Brian D. Lynch
In Proceedings Under
 Chapter 7
Hearing Date: December 1, 2015
Hearing Time: 9:00 AM
Hearing Location: 500 W 12th St
 2nd Floor
 Vancouver WA
Response Date: November 24, 2015

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

MACK WORLEY, JR.,

Debtor.

Case No. 15-40256

**TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL AND PERSONAL PROPERTY**

**MOTION FOR ORDER APPROVING REAL ESTATE COMMISSION**

The Trustee requests an Order approving the sale of the Estate's interest in real property. The Trustee represents to the Court as follows:

1. This case was filed on January 26, 2015. Don Thacker is the duly appointed interim Chapter 7 Trustee in this case.

2. The real property being sold is undeveloped raw land located at: RP 62N03E335101 A, Moyie Springs, Idaho ("Subject Property"). A full legal description for the real property is attached as Exhibit "1".

3. The Trustee hired Jim Greenslitt to assist the Trustee in liquidating the Subject Property. The Trustee has received an offer from E.C. Enterprises Inc., to purchase the Subject Property for a purchase price of $299,000.00.

4. This is the best offer the Trustee has received for the Subject Property. The

TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY

MOTION FOR ORDER APPROVING REAL ESTATE COMMISSION

Carlson & Thacker, PLLC
Attorneys at Law
PO Box 5279
Vancouver WA 98668
360-993-2688

Case 15-40256-BDL    Doc 87    Filed 11/05/15    Ent. 11/05/15 16:31:35    Pg. 1 of 3

Trustee seeks approval of this transaction to this particular buyer(s), or a replacement buyer(s), purchased under terms that result in the identical net proceeds to the Chapter 7 estate. The Subject Property has been on the market since September 2015. This is the Trustee's first attempt to sell the Subject Property.

5. Copies of the Residential Real Estate Purchase and Sale Agreement are voluminous and are available from the Trustee upon written request. Attached as Exhibit "2" is a copy of the estimated Settlement Statement.

6. The sale will close through Community Title LLC. Community Title LLC will be acting as the Trustee's authorized agent to make disbursements for administrative expenses pertaining to this sale, as well as payments on liens and encumbrances against the Subject Property. All disbursements in this transaction made by Community Title LLC will be constructive disbursements on behalf of the Chapter 7 Trustee and the Chapter 7 estate.

7. This transaction is **not a short sale**. Liens will be paid as follows:

    a. **Dorothy Mincher.** The first mortgage holder as listed on the Title Report is Dorothy Mincher ("Mincher"). Mincher will receive approximately $220,053.69 to fully satisfy her lien. Mincher will be served via her attorney with a copy of this Motion and Notice of Hearing.

8. **Realtor's Compensation and Statement of Services**. Jim Greenslitt, the Trustee's realtor, seeks $17,940.00 as a commission for facilitating this short sale.

9. **Benefit of the sale.** The subject property is owned 50/50 by the Debtor and his sister. From the approximately $56,992.99 sale proceeds, the Debtor's sister will receive one-half or approximately $28,496.49. The Debtor claimed as exempt $10,000.00 in proceeds. The estate should realize, therefore, net sale proceeds of approximately $18,496.95 to distribute in this case.

TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY

MOTION FOR ORDER APPROVING REAL ESTATE COMMISSION

Carlson & Thacker, PLLC
Attorneys at Law
PO Box 5279
Vancouver WA 98668

360-993-2688

Case 15-40256-BDL    Doc 87    Filed 11/05/15    Ent. 11/05/15 16:31:35    Pg. 2 of 3

10. The Trustee requests that the 14 day limitation for sale prescribed by Fed R. BKR 6004(h) shall not apply.

11. Attached as Exhibit "3" is a proposed Order.

WHEREFORE, the Trustee requests an Order as follows:

1. Approving the Trustee's sale of the Subject Property as described more fully above;

2. Approving payment of commissions to Jim Greenslitt of $17,940.00 directly from closing;

3. Authorizing Community Title LLC, as the disbursing agent of the Trustee, to pay all other fees and costs associated with the sale, as well as payments on liens and encumbrances against the Subject Property;

4. Directing the title company to forward all remaining funds after costs of sale and underlying liens and encumbrances, to Don Thacker, Trustee in Bankruptcy; and

5. Directing that the 14 day limitation for sale prescribed by Fed R. BKR 6004(h) shall not apply.

DATED this ___3___ day of November, 2015.

/s/ Don Thacker
Don Thacker, WSB #15708
Chapter 7 Trustee

TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY

MOTION FOR ORDER APPROVING REAL ESTATE COMMISSION
25117 NE 239th Circle, Battle Ground WA 98604-3

Carlson & Thacker, PLLC
Attorneys at Law
PO Box 5279
Vancouver WA 98668
360-993-2688

Case 15-40256-BDL    Doc 67    Filed 11/05/15    Ent. 11/05/15 16:31:35    Pg. 3 of 3